

NUMBER 13-16-00157-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DARREN MCGREGORY BRYANT,                              Appellant,

v.

THE STATE OF TEXAS,                                     Appellee.

On appeal from the 24th District Court
of Jackson County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Justices Garza, Perkes, and Longoria**
**Order Per Curiam**

This cause is currently before the Court on appellant's second motion for extension of time to file the brief. The clerk's record was filed on May 20, 2016, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time totaling 78 days to file

the brief, and appellant now seeks an additional 90 days, until December 15, 2016, to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and ORDERS the Honorable Robert E. Williams II to file the brief on or before December 15, 2016. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of September, 2016.